COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Unity National Bank

Appellate case number:     01-21-00653-CV

Trial court case number:    2017-31933

Trial court:             164th District Court of Harris County

Relator, Unity National Bank ("Unity"), has filed a petition for a writ of mandamus, requesting that this Court "direct the trial court to sign the proposed order, presented by Unity, granting its Rule 306a motion specifying the date on which Unity or its attorney received notice or actual knowledge of the trial court's judgment." Unity also requests "a stay of the appellate proceedings in [appellate] [c]ause [number] 01-20-00593-CV," "including [the] deadlines to file a motion for rehearing." Unity's request for a stay of the appellate proceedings in appellate cause number 01-20-00593-CV is **granted**. The stay is effective until disposition of Unity's petition for writ of mandamus or further order of this Court. The petition for writ of mandamus remains pending.

The Court **requests a response** to the petition for a writ of mandamus from the real party in interest. The response, if any, is due **no later than 20 days from the date of this order**.

It is so ORDERED.

Judge's signature: ____/s/ Julie Countiss_____
               ☑ Acting individually    ☐ Acting for the Court

Date: __November 23, 2021_____